IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 08-cv-00054-WDM- BNB | Date: April 15, 2008 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| ADDISON INSURANCE COMPANY, an Illinois corporation | Kevin Amatuzio Andrew LaFontaine |
| Plaintiff, | |
| v. | |
| HUDSON MAYNARD, individually | Katherine Varholak Brooke Pates |
| MAYNARD 5, INC., a Colorado corporation | Katherine Varholak Brooke Pates |
| JACK HAMM, individually | Brian Muldoon |
| NICOLE HAMM, individually | Brian Muldoon |
| STEAMBOAT TREEHOUSE, LLC, a Colorado limited liability company | Brian Muldoon |
| KENNETH WRIGHT, individually | Douglas Karet by telephone |
| Defendants. | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:  9:07 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:  Defendants Hudson Maynard and Maynard 5, Inc's motion for ruling concerning due date for answer filed March 21, 2008; Doc.26 is taken under advisement as stated on the record.**

Court in Recess      9:28 a.m.      Hearing concluded.

Total time in Court:   00:21

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.