IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00054-WDM-BNB

ADDISON INSURANCE COMPANY, an Illinois corporation,

Plaintiff,

v.

HUDSON MAYNARD, individually,
MAYNARD 5, INC., a Colorado corporation,
JACK HAMM, individually,
NICOLE HAMM, individually,
STEAMBOAT TREEHOUSE, LLC, a Colorado limited liability company, and
KENNETH WRIGHT, individually,

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED that **Plaintiff's Motion for Leave to File Response to Maynard Defendants' Motion for Ruling Concerning Due Date for Answer Out-of-Time** [Doc. # 41, filed 4/16/2008] is GRANTED. The Clerk of the Court is directed to accept for filing Plaintiff's Response to Maynard Defendants' Motion for Ruling Concerning Due Date for Answer [Doc. # 41-2].


DATED: May 13, 2008