IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08cv00054-WDM-BNB

ADDISON INSURANCE COMPANY, an Illinois corporation,

    Plaintiff,

v.

HUDSON MAYNARD, individually,
MAYNARD 5, INC., a Colorado corporation
JACK HAMM, individually,
NICOLE HAMM, individually
STEAMBOAT TREEHOUSE, LLC, a Colorado limited liability company, and
KENNETH WRIGHT, individually,

    Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

This matter having come before this Court on the parties' Motion and Stipulation for Dismissal with Prejudice, and the Court being sufficiently advised of the premises;

ORDERS that this matter, including all claims of the Plaintiff and all claims brought, or that might have been brought, by Defendants against the Plaintiff, shall be and hereby are DISMISSED WITH PREJUDICE, each party to bear his/her/its own attorneys' fees, costs and expenses. Rule 41(a)(2), Fed.R.Civ.Pro.

Dated: _August 6_, 2008.

BY THE COURT:

_____
United States District Judge